# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136955

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SAMUEL PANNELL,
          Defendant-Appellant.

SC: 136955
COA: 282407
Wayne CC: 00-009498-FC

_____/

     On order of the Court, the application for leave to appeal the July 3, 2008 order of the Court of Appeals is considered, and it is DENIED without prejudice to the defendant filing a request in the Wayne Circuit Court, pursuant to MCR 6.433(C)(3), for an order directing transcription of the October 27, 2000 hearing on the defendant's motion to quash, the November 29, 2000 hearing on the motion for severance, the January 17, 2001 hearing on the motion for trial counsel to withdraw, and the May 8, 2001 hearing on the motion for a change of venue. The circuit court shall order production of these transcripts, if it finds that the defendant has demonstrated good cause for doing so. In the event that the transcripts are prepared, the clerk must provide copies to the defendant.

     We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

d0720